IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FANON JOHNSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:12cv473 |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | § § § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE** and shall be closed on the court's docket. All costs shall be borne by the party incurring same.

**IT IS SO ORDERED.**

SIGNED this the 22nd day of August, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE