# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| FANON JOHNSON § § §  Plaintiff, § § VS. § § FEDERAL NATIONAL § MORTGAGE ASSOCIATION § § §  Defendant. § | Case No. 4:12cv473 |

## ORDER OF DISMISSAL

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE** and shall be closed on the court's docket. All costs shall be borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this the 22nd day of August, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE